UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMUEL LOVE,

        Plaintiff.

v.

CARLOS S. FREEMAN, et al.,

        Defendants.

Case No. 19-cv-01526-JCS

**ORDER TO SHOW CAUSE**

Pursuant to Civil L.R. 16-2, a case management conference was held on June 12, 2020, before this Court in the above-entitled case.  Plaintiff was present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **July 10, 2020, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute. This Order to Show Cause will be vacated if Plaintiff files their Motion for Default Judgment by June 19, 2020.

IT IS SO ORDERED.

Dated:  June 16, 2020

_____
JOSEPH C. SPERO
United States Chief Magistrate Judge